**DISTRICT COURT OF MARYLAND FOR** _____ Prince George's County _____

LOCATED AT (COURT ADDRESS)

14735 Main Street
Upper Marlboro, MD 20772

**CASE NO.**

CV- 22- 007217

**PARTIES**

Plaintiff
YOHANA ROA VILLAMIZAR
2714 Munson Street
Silver Spring, MD 20902

**VS.**

Defendant(s)

1.

STEPHEN ANDREW WHITAKER
3812 7th Street, NW
Washington, DC 20011

Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

2.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 5th Street, NW
Washington, DC 20001

Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

3.

WILLY JESUS REVILLA ADRIAN
8412 Marketree Circle
Gaithersburg, MD 20886

Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

4.

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

**ATTORNEYS**

For Plaintiff – Name, Address, Telephone Number & Code
Emmanuel A. Fishelman, CPF #: 1412160268
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-587-9373

**COMPLAINT/APPLICATION AND AFFIDAVIT
IN SUPPORT OF JUDGMENT**
☐ $5,000 or under     ☒ over $5,000

Clerk: Please docket this case in an action of ☐ **contract** ☒ **tort** ☐ **replevin**
☐ **detinue** ☐ **bad faith insurance claim** ☐ **consumer debt (original creditor)**
The particulars of this case are:

Please see the attached Complaint.

(See Continuation Sheet)

☐ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $ 15,000.00 , plus interest of $_____, interest at the ☒ legal rate ☐ contractual rate calculated at _____ %, from _____ to _____ ( _____ days x $ _____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.

☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.

☐ Other: _____
and demands judgment for relief.

_____  /# 1412160268
Signature of Plaintiff/Attorney/Attorney Code     Attorney Number

Printed Name: Emmanuel A. Fishelman
Address: Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400, Silver Spring, MD 20910
Telephone Number: 301-587-9373
Fax: 240-839-9142
E-mail: EFishelman@zagfirm.com

**MILITARY SERVICE AFFIDAVIT**

☐ Verified through DOD at: http://scra.dmdc.osd.mil/

☐ Defendant(s) _____ is/are in the military service.
Name
☐ No defendant is in the military service. The facts supporting this statement are:_____

_____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____                    _____
Date                                Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

_____                    _____
Date                                Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)                    CMRET

## NOTICE TO DEFENDANT
### Before Trial

**This complaint contains the details of the claim against you** and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center.** Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

The clerk of the court is not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. If you don't bring your evidence to the hearing, the judge can't consider it.

**If you do nothing,** you could lose even though you did not appear in court. A judgment could be entered against you with consequences that may include a lien on your property, garnishment of your wages, and freezing your bank account.

**You may request a remote hearing.** At the remote hearing you would not appear in person, but rather by computer, tablet, or other appropriate electronic device. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING, you may:

1. Ask the court for a new trial by filing a Motion for a New Trial within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **10 days** after the entry of judgment.

3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.

4. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim, was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS, you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment.

2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury.

3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution - form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.

6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues**

### NOTICE TO PLAINTIFF

REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

AFTER THE COURT ENTERS A JUDGMENT:

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does:
   you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 07/01/2021)                                                      CMPET

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

YOHANA ROA VILLAMIZAR                 *
2714 Munson Street                        *
Silver Spring, MD 20902               *
                                               *
      Plaintiff                        *
                                               *
      v.                                *
                                               *
STEPHEN ANDREW WHITAKER      *
3812 7th Street, NW                     *
Washington, DC 20011            *
                                               *
and                                       *
                                               *
WASHINGTON METROPOLITAN AREA   *  Case No:  D-05-CV-22-007217
TRANSIT AUTHORITY                *
600 5th Street, NW                    *
Washington, DC 20001            *
                                               *
      Serve:  Randy Clarke            *
                CEO and General Manager   *
                600 5th Street, NW          *
                Washington, DC 20001      *
                                               *
and                                       *
                                               *
WILLY JESUS REVILLA ADRIAN       *
8412 Marketree Circle             *
Gaithersburg, MD 20886          *
                                               *
      Defendants                 *
                                               *

_____

## COMPLAINT

Plaintiff Yohana Roa Villamizar ("Plaintiff"), by and through her attorneys, Emmanuel A. Fishelman, Esquire, and Zipin, Amster & Greenberg, LLC, hereby files this lawsuit against Defendants Stephen Andrew Whitaker ("Defendant Whitaker"), Washington Metropolitan Area Transit Authority ("Defendant WMATA"), and Willy Jesus Revilla Adrian ("Defendant Revilla Adrian"). In support thereof, Plaintiff states as follows:

1

## I.  JURISDICTION AND VENUE

1.       The motor vehicle accident at issue occurred in Prince George's County, Maryland.

## II.      STATEMENT OF FACTS

2.       That paragraph 1 is incorporated herein and Plaintiff further alleges as follows:

3.       On March 17, 2022, Plaintiff was a passenger in a motor vehicle operated by Defendant Revilla Adrian traveling northbound on I-495, near Landover Road, in Prince George's County, Maryland.

4.       At the same time, a police vehicle, owned by Defendant WMATA and operated by Defendant Whitaker, was traveling in the same direction of I-495 behind Defendant Revilla Adrian's vehicle.

5.       Defendant WMATA's vehicle was traveling at a high rate of speed and it did not have its siren or emergency lights illuminated.

6.       Suddenly, Defendant WMATA's vehicle entered Defendant Revilla Adrian's lane of travel and struck his vehicle.

7.       Defendant WMATA's vehicle then struck a motor vehicle operated by non-party Kevin Daniel Cash ("Mr. Cash").

8.       Mr. Cash's vehicle then struck a motor vehicle operated by non-party Jamison Douglas Hunter ("Mr. Hunter").

9.       In the alternative, Defendant Revilla Adrian's vehicle entered Defendant WMATA's lane of travel and struck their vehicle.

10.     At the time of the accident, Plaintiff was free of any contributory negligence as to the cause of the accident and/or the injuries sustained.  In addition, Plaintiff did not assume the risk of injury.

**COUNT I**
**NEGLIGENCE**
**Yohana Roa Villamizar v. Stephen Andrew Whitaker**

11.     That paragraphs 1-8 and 10 are incorporated herein and the Plaintiff further alleges as follows:

12.     That at all times relevant, it was the duty of Defendant Whitaker to operate his vehicle in a safe, prudent, and reasonable manner to wit:

> (a)     To keep a proper lookout for other vehicles on the roadway;
>
> (b)     To yield the right of way before changing lanes;
>
> (c)     To maintain a safe distance between his vehicle and other vehicles on the roadway;
>
> (d)     To obey traffic control signals and markings on the roadway;
>
> (e)     To operate his vehicle in accordance with the applicable traffic laws; and
>
> (f)     To generally operate his vehicle in a safe, reasonable and prudent manner and to take necessary evasive action to avoid an accident.

13.     That despite the duties owed, Defendant Whitaker did fail to operate his vehicle in a safe and reasonable manner and breached each of the foregoing duties.

14.     That as a proximate result of the negligence of Defendant Whitaker and the resulting accident, Plaintiff was caused to suffer significant personal injuries.  Plaintiff further suffered emotional distress, pain and suffering, and was caused to incur monetary

expenses including, but not limited to, past medical expenses, lost wages, and general out-of-pocket expenses.

**WHEREFORE,** Plaintiff Yohana Roa Villamizar demands judgment against Defendant Stephen Andrew Whitaker in the amount of Fifteen Thousand Dollars ($15,000.00), plus costs and interest.

## COUNT II
### Respondeat Superior
**Yohana Roa Villamizar v. Washington Metropolitan Area Transit Authority**

15.    Paragraphs 1-8 and 10-14 are incorporated herein and Plaintiff further alleges as follows:

16.    At all times relevant, Defendant Whitaker was operating the motor vehicle owned by Defendant WMATA, with express or implied permission, and was acting for Defendant WMATA's benefit, as its agent and/or employee.

17.    Defendant WMATA is vicariously liable for the negligence of Defendant Whitaker as described above, which resulted in personal injury to the Plaintiff.

**WHEREFORE,** Plaintiff Yohana Roa Villamizar demands judgment against Defendant Washington Metropolitan Area Transit Authority in the amount of Fifteen Thousand Dollars ($15,000.00), plus costs and interest.

## COUNT III
### NEGLIGENCE
**Yohana Roa Villamizar v. Willy Jesus Revilla Adrian**

18.    That paragraphs 1-5 and 7-10 are incorporated herein and the Plaintiff further alleges as follows:

19.     That at all times relevant, it was the duty of Defendant Revilla Adrian to operate his vehicle in a safe, prudent, and reasonable manner to wit:

(a)     To keep a proper lookout for other vehicles on the roadway;

(b)     To yield the right of way before changing lanes;

(c)     To maintain a safe distance between his vehicle and other vehicles on the roadway;

(d)     To obey traffic control signals and markings on the roadway;

(e)     To operate his vehicle in accordance with the applicable traffic laws; and

(f)     To generally operate his vehicle in a safe, reasonable and prudent manner and to take necessary evasive action to avoid an accident.

20.     That despite the duties owed, Defendant Revilla Adrian did fail to operate his vehicle in a safe and reasonable manner and breached each of the foregoing duties.

21.     That as a proximate result of the negligence of Defendant Revilla Adrian and the resulting accident, Plaintiff was caused to suffer significant personal injuries. Plaintiff further suffered emotional distress, pain and suffering, and was caused to incur monetary expenses including, but not limited to, past medical expenses, lost wages, and general out-of-pocket expenses.

**WHEREFORE,** Plaintiff Yohana Roa Villamizar demands judgment against Defendant Willy Jesus Revilla Adrian in the amount of Fifteen Thousand Dollars ($15,000.00), plus costs and interest.

Respectfully Submitted,

**ZIPIN, AMSTER & GREENBERG, LLC**

By: _____

Emmanuel A. Fishelman, Esq.
CPF #: 1412160268
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
EFishelman@zagfirm.com
*Attorney for Plaintiff*

6