LAW OFFICE OF

# CHRISTOPHER R. COSTABILE

EMPLOYEES OF LIBERTY MUTUAL GROUP, INC.

| | | |
|---|---|---|
| CHRISTOPHER R. COSTABILE<br>MARK ANTHONY KOZLOWSKI<br>PAUL J. GALLO<br>T. SCOTT BECKMAN<br>TIMOTHY C. FITZGERALD<br>JENNIFER M. DOYLE<br>CHRISTOPHER S. BROWN | **MAILING ADDRESS**<br>P.O. BOX 7217<br>LONDON, KY 40742<br><br>**PHYSICAL ADDRESS FOR DELIVERIES ONLY**<br>6400 BALTIMORE NATIONAL PIKE<br>SUITE 170A, #602<br>BALTIMORE, MD 21228<br><br>**VIRTUAL OFFICES ONLY**<br>TELEPHONE: (410) 752-0575   FACSIMILE: (603) 334-9767 | TARA J. MCDOWELL<br>MITCHEL FINE<br>CHRISTY I. WATTS<br>MELISHA NEAL<br>DANIELLE MEHALL<br>KATY SWEENEY |

June 28, 2023

Hon. Gina L. Simms
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Md. 20770

RE:   Yohana Roa Villamizar v. Stephen Andrew Whitaker, et al.
       Date of Accident:  March 17, 2022
       File No:     LA336-049293374-0001
       Case No.:   8:22-cv-03214-GLS

Dear Judge Simms:

I am writing in response to the court's order of June 23 requiring a response to plaintiff's letter regarding defendant's late discovery responses.

Responses to plaintiff's requests for production have been served.

I have spoken today with my client, Mr. Willy Jesus Revilla Adrian and have reviewed his responses to interrogatories with him and with his son. Defendant, Mr. Adrian does not speak English which has been an impediment to completion of his responses.  I have sent him the final responses for his signature and his son has advised he will meet with his father this evening to obtain his signature on the answers to interrogatories.  On receipt of the signed interrogatories I will serve them on all counsel.

Regarding the deposition of defendant set for Thursday June 29 at 1:30p.m. by zoom, Mr. Revilla Adrian has confirmed his availability and intention to attend the deposition by zoom. Accordingly, defendant's response is that the discovery issues relating to written responses will be resolved by June 29, 2023.

Very truly yours,

Christopher R. Costabile

CRC/crc
cc: Emmanuel A. Fishelman, Esq. Counsel for plaintiff; Neal Janey, Esq. Counsel for WMATA